UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EZEQUIEL SANCHEZ GUTIERREZ,

Petitioner,

v.

WARDEN,

Respondent.

No.  1:26-cv-01888-DAD-AC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION TO APPOINT COUNSEL AS MOOT

(Doc. Nos. 3, 11)

Petitioner Ezequiel Sanchez Gutierrez is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 11.)  Specifically, the magistrate judge found that petitioner had a liberty interest in his continued release on supervision and that petitioner's re-detention without notice and a hearing violated due process.  (*Id.* at 3–4.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 6.)  On April 7, 2026, respondent filed its objections to the pending findings and recommendations.  (Doc. No. 12.)  Respondent's objections comprise a single sentence

1

stating that it objects to the findings and recommendations based on the same arguments raised in its previous briefing.  (*Id.* at 1.)  The court finds that this objection does not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations filed on April 1, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.    Respondent is ORDERED to immediately release petitioner Ezequiel Sanchez Gutierrez, A-File No. 203-806-247, from respondent's custody;

    b.    Respondent is ENJOINED and RESTRAINED from re-detaining petitioner unless it provides petitioner with written notice before a pre-deprivation bond hearing before an immigration judge, at which hearing respondents will bear the burden to demonstrate by clear and convincing evidence that petitioners are a flight risk or danger to the community;

3.    The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility;

4.    Petitioner's motion for appointment of counsel (Doc. No. 3) is DENIED as having been rendered moot in light of this order granting habeas relief on the merits; and

5.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2